# TRAUB LIEBERMAN
## STRAUS & SHREWSBERRY LLP
NEW YORK | NEW JERSEY | FLORIDA

Mid-Westchester Executive Park
Seven Skyline Drive
Hawthorne, New York 10532

Telephone (914) 347-2600
Facsimile (914) 347-8898
www.traublieberman.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

August 12, 2008

**VIA FEDERAL EXPRESS**

Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**MEMO ENDORSED**

Re:  *Alaimo v. Klein & Folchetti, et al.*
     Case No.: 07-CV-7623

Dear Judge Karas:

This firm represents defendants Klein & Folchetti, Robert W. Folchetti, Michelle Klein Folchetti, Esq. and Michelle Klein Folchetti ("the Folchetti defendants") in the captioned matter. In an order dated April 14, 2008, your Honor dismissed the complaint against the Folchetti defendants for lack of subject matter jurisdiction. On May 1, 2008, plaintiffs filed a motion for reconsideration of that order and a stay of the action. That motion was never served on the Folchetti defendants and had to be retrieved from the file by this office. The Folchetti defendants submitted their opposition to that motion on May 19, 2008.

Yesterday, after a routine review of the PACER docket sheet for this matter we learned that on July 31, 2008 plaintiffs filed and amendment of their motion for reconsideration and stay. Once again, this motion was not served on the Folchetti defendants and this office is in the process of obtaining a copy from the Clerk's office. The Folchetti defendants respectfully request that they be granted until September 12, 2008 to submit opposition to plaintiffs' amended motion.

Thank you for your consideration of this matter.

Sincerely,

Jonathan R. Harwood

LLS/

cc:  Vincent Alaimo, Susan Alaimo and
     Minette Alaimo (via Overnight Mail)

*The Folchetti Defendants may submit opposition papers by September 12, 2008. Plaintiffs are reminded to serve all papers on Defendants in this case.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
8/13/08